NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN-DEPTH TEST LLC,**
*Plaintiff-Appellant*

**v.**

**MAXIM INTEGRATED PRODUCTS, INC.**
*Defendant-Appellee*

---

2019-1409

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00887-CFC, Judge Colm F. Connolly.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**IN-DEPTH TEST LLC,**
*Plaintiff-Appellant*

**v.**

**VISHAY INTERTECHNOLOGY INC., SILICONIX INCORPORATED,**
*Defendants-Appellees*

---

2019-1410

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00888-CFC, Judge Colm F. Connolly.

—————————

**JUDGMENT**

—————————

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for plaintiff-appellant. Also represented by DAVE R. GUNTER, JONATHAN TAD SUDER, CORBY ROBERT VOWELL, Friedman, Suder & Cooke, Fort Worth, TX.

DAVID M. BARKAN, Fish & Richardson, PC, Redwood City, CA, argued for all defendants-appellees. Defendant-appellee Maxim Integrated Products, Inc. also represented by ROBERT M. OAKES, Wilmington, DE.

GREGORY SCOTT BISHOP, Pepper Hamilton LLP, Redwood City, CA, for defendants-appellees Vishay Intertechnology Inc., Siliconix Incorporated. Also represented by CHARLES FOSTER KOCH.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
Clerk of Court